IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES MYERS,

        Plaintiff,         CV F 04 5562 LJO WMW PC

  vs.                      ORDER

E. ALAMEIDA, et al.,

        Defendants.

     Findings and recommendations were entered, recommending dismissal of this action for failure to state a claim. The recommendation was based upon Plaintiff's failure to file an amended complaint. On April 17, 2008, Plaintiff filed a first amended complaint, which is before the court.

     Accordingly, IT IS HEREBY ORDERED that the April 14, 2008, recommendation of dismissal is vacated.

IT IS SO ORDERED.

**Dated:   May 19, 2008**                    /s/ William M. Wunderlich
                                                    UNITED STATES MAGISTRATE JUDGE